GARY M. RESTAINO
United States Attorney
District of Arizona
ANGELA W. WOOLRIDGE
Assistant United States Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED
2021 DEC -1  PM 1:29
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR21-03061 TUC-JGZ(LAB)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Jacob Allen Etchart, Sr.,

Defendant.

No.

**INDICTMENT**

VIO:  18 U.S.C. §§ 922(a)(1)(A) &
924(a)(1)(D)
(Engaging in the Business of Dealing Firearms Without a License)
Count 1

18 U.S.C. §§ 922(a)(6) & 924(a)(2)
(Making False Statements in Connection with Acquisition of Firearm)
Count 2

18 U.S.C. § 924(d); and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

From on or about March 12, 2020, to on or about January 6, 2021, in the District of Arizona, Defendant JACOB ALLEN ETCHART, SR., not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, 922(a)(1)(A) and 924(a)(1)(D).

## COUNT 2

On or about December 17, 2020, in the District of Arizona, Defendant JACOB ALLEN ETCHART, SR., in connection with the attempted acquisition of a firearm, to wit: a Century Arms model VSKA 7.62x39mm caliber rifle, from Trail Boss Outfitters L.L.C., a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Trail Boss Outfitters L.L.C., which statement was intended and likely to deceive Trail Boss Outfitters L.L.C. as to a fact material to the lawfulness of such sale, in that Defendant JACOB ALLEN ETCHART, SR., stated that he was the actual transferee/buyer of the firearm when in fact he was acquiring the firearm on behalf of another person.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of Counts One and Two of this Indictment, the defendant, JACOB ALLEN ETCHART, SR., shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to:

1. Mossberg model 500A 12 gauge shotgun, SN: P527721
2. Glock Inc. model 19 9mm pistol, SN: VFK707
3. Harrington & Richardson 1871 Inc. model Pardner 12 gauge shotgun, SN: NZ706044
4. Colt model Woodsman .22 caliber pistol, SN: 189109-S
5. Winchester model 290 .22 caliber rifle, SN: B1786344
6. Anderson Manufacturing model AM-15 multi-caliber rifle, SN: 15278467
7. Smith & Wesson model M&P 15 .223 caliber rifle, SN: SW86372
8. Ithaca Gun Co. model 37 Featherlight 12 gauge shotgun, SN: 371713291
9. Palmetto State Armory model KS47 multi-caliber pistol, SN: KSB001069
10. Remington Arms Company, Inc. model M887 12 gauge shotgun, SN: AAE048859A
11. Heckler & Koch Inc. model VP9 9mm pistol, SN: 224047444
12. Glock Inc. model 19 9mm pistol, SN: BEZ313US

13. Ruger model Ruger-57 .57 caliber pistol, SN: 64157479
14. Keltec, CNC Industries, Inc. model KSG 12 gauge shotgun, SN: XX4U24
15. Taurus model PT1911 .45 caliber pistol, SN: NBS50810
16. Aero Precision model M5 multi-caliber pistol, SN: US87249
17. Glock model GMBH 35 .40 caliber pistol, SN: LFN350
18. Romarm/Cugir model FPK Paratrooper 7.62x39mm rifle, SN: PT-000416-19RO
19. Glock Inc. model 22 .40 caliber pistol, SN: HRS161
20. Diamondback Arms Inc. model DB-15 multi-caliber pistol, SN: DB1524767
21. Henry Repeating Rifle Company model H001L .22 caliber rifle, SN: C050013H
22. Microtech Small Arms Research model STG-556 .223 caliber rifle, SN: 600P001748
23. Century Arms International model VZ2008 Sporter 7.62x39mm rifle, SN: VZ06PM-012860
24. Aero Precision model X15 multi-caliber pistol, SN: X092400
25. Savage model Mark II .22 caliber rifle, SN: 3531778
26. Aero Precision model X15 multi-caliber pistol, SN: AR11078
27. Federal Armament, LLC (FedArm) model FP-15 multi-caliber pistol, SN:P00248
28. PWS (Primary Weapon Systems) model PCC-9 9mm pistol, SN: PC00852
29. Palmetto State Armory model KS47 7.62x39mm rifle, SN: KS000913
30. Romarm/Cugir model Mini Draco 7.62x39mm pistol, SN: PE-5062-2018RO
31. Smith & Wesson model M&P 9C 9mm pistol, SN: DXH2248
32. Smith & Wesson model 728 .38 caliber revolver, SN: V725050
33. Sears/Ted Williams model 3T .22 caliber rifle, SN: R344138
34. Aero Precision model M4E1 multi-caliber rifle, SN: M40091711
35. Walter model P22 .22 caliber pistol, SN: WA002909
36. Walter model P22 .22 caliber pistol, SN: L284460
37. Springfield Armory, Geneseo, IL model XDS .45 caliber pistol, SN: S3343377
38. Colt model Colt Auto .25 caliber pistol, SN: OD32441
39. Savage model 1917 .32 caliber pistol, SN: 245546

40. Luger model Gesichart 9mm pistol, SN: 78560
41. Luger model Gesichart 9mm pistol, SN: 9885
42. North American Arms (model unknown) .22 caliber pistol, SN: E172257
43. DPMS Inc. (Defense Procurement MFG. Services) model A15 .223 caliber rifle, SN: P026532K
44. Colt model Python .357 caliber revolver, SN: K25270
45. Glock Inc model 35 .40 caliber pistol, SN: WUZ246
46. Outbreak Ordnance LLC. Big Pine Key, FL model Ordnance One multi-caliber rifle, SN: ORD0247
47. Aero Precision model X15 multi-caliber pistol, SN: USA33717
48. Joe Bob Outfitters model LLC ML-9 multi-caliber pistol, SN: KS9-00208
49. CZ (Ceska Zbrokovka) model CZ P-07 9mm pistol, SN: B917304
50. CZ (Ceska Zbrokovka) model CZ75 P-09 9mm pistol, SN: B932248
51. Heckler & Koch Inc. model VP9 9mm pistol, SN: 224-210732
52. Glock Inc. model 19 9mm pistol, SN: ACKZ351
53. Springfield Armory, Geneseo, IL model XD-40 .40 caliber pistol, SN: XD457426
54. Century Arms International model Draco NAK9 9mm pistol, SN: RONVMB111814445
55. Heckler and Koch model VP9 SK 9mm pistol, SN: 232-040609
56. Heckler and Koch model VP9 SK 9mm pistol, SN: 232-040598
57. CZ USA model P10C 9mm pistol, SN: C472494
58. Glock Inc model 19 9mm pistol, SN: VFK708
59. Savage model 10 .308 caliber rifle, SN: K328757
60. Smith & Wesson model 66 .357 caliber revolver, SN: AJA9976
61. Smith & Wesson model 622 .22 caliber pistol, SN: TCP9096
62. Ruger model Mark II Target .22 caliber pistol, SN: 221-14432
63. Zeus Arms (Ammo A-Z LLC) model Magnum 12 gauge shotgun, SN: A00417
64. I O Inc. (Inter Ordnance) model Sporter 7.62x39mm rifle, SN: F04337

65. Aresenal Co. Bulgaria model SAM7SF 7.62x39mm rifle, SN: BE532527
66. CZ (Ceska Zbrojovka) model CZ455 .22 caliber rifle, SN: C400363
67. Norinco (North China Industries) model Clayco Sports M4 .22 caliber rifle, SN: 8303165
68. Mauser model 1895 7.62x39mm rifle, SN: K7557
69. Winchester model 290 .22 caliber rifle, SN: 695542
70. Remington Arms Company, Inc. model 597 .22 caliber rifle, SN: D2928860
71. Century Arms International model Draco 9mm pistol, SN: RONVMB71706175
72. I O Inc. (Inter Ordnance) model Shadow 15 multi-caliber pistol, SN: SDW00196
73. Bear Creek Arsenal model BCA15 multi-caliber rifle, SN: 13190
74. Bear Creek Arsenal model BCA15 multi-caliber rifle, SN: 13831
75. Ruger model 10/22 .22 caliber rifle, SN: 129-88042
76. Radical Firearms, LLC model RF-15 multi-caliber rifle, SN: 19-00072
77. National Ordnance model 1903A3 .30-06 caliber rifle, SN: 5007985
78. F.N. (FN Herstal) model PS90 .57 caliber rifle, SN: FN124096
79. Palmetto State Armory model KS47 7.62x39mm rifle, SN: KS000911
80. Black Weapons Armory, LLC model BWA-15 multi-caliber rifle, SN: ASA10232
81. American Tactical Imports model ATI AT-47 7.62x39mm rifle, SN: FS001960
82. Century Arms International model SAR-1 7.62x39mm rifle, SN: S1766992003
83. Palmetto State Armory model PA-X9 multi-caliber pistol, SN: G00670
84. Arsenal Inc. model Saiga 7.62x39mm rifle, SN: L09105800
85. FEG model SA2000M 7.62x39mm rifle, SN: EE7708H
86. Ewbank Manufacturing model EMAKM 7.62x39mm pistol, SN: 000027
87. Anderson Manufacturing model AM-15 multi-caliber rifle, SN: 16154493
88. Marlin Firearms Co. model 60 .22 caliber rifle, SN: 08321288
89. Harrington & Richardson model Topper 58 410 gauge shotgun, SN: AN219302
90. Norinco (North China Industries) model SKS 7.62x39mm rifle, SN: 11542321
91. Ruger model 22 Charger .22 caliber pistol, SN: 491-04816

92. Gaucher Armes S.A. model Stoeger Coachgun 20 gauge shotgun, SN: 433581
93. Aero Precision model X15 multi-caliber rifle, SN: X085352
94. Czech Small Arms SA model VZ61 .765 caliber pistol, SN: 6101910
95. Czech Small Arms SA model VZ61 9mm pistol, SN: 69M00587
96. Para-Ordnance MFG. Inc. model Hi Cap .40 caliber pistol, SN: P181872
97. Smith & Wesson model M&P 15 .545 caliber rifle, SN: SM57281
98. Keltec, CNC Industries, Inc. model PLR-22 .22 caliber pistol, SN: U0113
99. R&R Enterprises model AR15 multi-caliber rifle, SN: 35214
100. Ruger model Mini 14 .223 caliber rifle, SN: 185-33206
101. Keltec, CNC Industries, Inc. model RDB .556 caliber rifle, SN: Z3Y87
102. Keltec, CNC Industries, Inc. model RDB .556 caliber rifle, SN: Z2V37
103. High Standard model HD Military .22 caliber pistol, SN:152800
104. FNH USA, LLC model FNP45 .45 caliber pistol, SN: 61DMN03373
105. Para USA, INC. model Hi CAP .45 caliber pistol, SN: P236908
106. Smith & Wesson model SW1911 .45 caliber pistol, SN: JRK1442
107. Franchi model 500 12 gauge shotgun, SN: M32797
108. Mossberg model 500 12 gauge shotgun, SN: P992766
109. Springfield Firearms Corporation model M Stevens Co 12 gauge shotgun, SN: F17195
110. DPMS Inc. (Defense Procurement MFG. Services) model A-150 7.62x39mm rifle, SN: F135435
111. DPMS Inc. (Defense Procurement MGF. Services) model LR-308 .308 caliber rifle, SN: 31010
112. IAC model 87-1 12 gauge shotgun, SN: 0800640
113. Ithaca Gun Co. model 37 Featherlight 12 gauge shotgun, SN: 371312745
114. Hesse LTD model 47 7.62x39mm rifle, SN: K005744
115. Norinco (North China Industries) model NHM90 7.62x39mm rifle, SN: 029371
116. Armsan Silah Sanayi model Tristar 20 gauge shotgun, SN: A05974

*United States of America v. Jacob Allen Etchart, Sr.*
Indictment Page 6 of 8

117. Century Arms International model Tantal Sporter .545 caliber rifle, SN: Y002990
118. Sig Sauer (Sig-Arms) model Sig 556 .556 caliber rifle, SN: JS017874
119. Rossi model 625A .22 caliber rifle, SN: G257817
120. Norinco (North China Industries) model Mak90 7.62x39mm rifle, SN: 94109089
121. Sig Sauer (Sig-Arms) model P556 .556 caliber pistol, SN: TQ000157
122. A&LS model RGS 7.62x39mm rifle, SN: 1972EA1456
123. Spike's Tactical LLC model SL15 multi-caliber rifle, SN: 00669
124. Ithaca Gun Co. model 37 12 gauge shotgun, SN: 371502534
125. Winchester model 1894 .30-30 caliber rifle, SN: AC1313
126. Colt model Competition .223 caliber rifle, SN: CCH037235
127. New England Firearms model Pardner 12 gauge shotgun, SN: NX511189
128. Century Arms International model AMD65 7.62x39mm rifle, SN: AMD6501232
129. Century Arms International ARMS International model Tantal Sporter .545 caliber rifle, SN: TTL-C01744
130. Century Arms International model M70AB2 7.62x39mm rifle, SN: M70AB28579
131. Sig Sauer (Sig-Arms) model 1911 .45 caliber pistol, SN: 54B001611
132. Polymer80, Inc. (P80 Tactical P80) model 22 .40 caliber pistol CAL:40 (SN unknown)
133. Century Arms model VSKA 7.62x39mm caliber rifle SN: SV7040016

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/

_____
FOREPERSON OF THE GRAND JURY
Dated: December 1, 2021

GARY M. RESTAINO
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

_____
ANGELA W. WOOLRIDGE
Assistant U.S. Attorney