GARY M. RESTAINO
United States Attorney
District of Arizona
SERRA M. TSETHLIKAI
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: serra.tsethlikai@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Oct 31 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br> vs.<br><br>Jacob Allen Etchart, Sr.,<br><br>    Defendant. | CR-21-3061-JCH-MAA<br><br>Plea Agreement |

  The United States of America and the defendant, Jacob Allen Etchart, agree to the following disposition of this matter:

## PLEA

  The defendant agrees to plead guilty to Count One of the Indictment, which charges the defendant with a violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D), Engaging in the Business of Dealing Firearms without a License, a Class D felony offense. The defendant also agrees not to contest the Forfeiture Allegation in the Indictment.

////

## ELEMENTS OF THE CRIME

The essential elements of Engaging in the Business of Dealing Firearms without a License are that:

(A) Between on or about March 12, 2020 through on or about January 6, 2021, the defendant was willfully engaged in the business of dealing in firearms; and

(B) The defendant did not then have a license as a firearms dealer.

## STIPULATIONS, TERMS AND AGREEMENTS

The defendant understands the guilty plea is conditioned upon the following terms, stipulations, and requirements:

### Maximum Penalties

The defendant understands and agrees that the maximum penalty for the offense to which he is pleading are a fine of $250,000, a maximum term of five (5) years imprisonment, or both, and a maximum term of three (3) years supervised release. A maximum term of probation is five years, including a minimum term of one year if probation is imposed.

The defendant agrees to pay a fine unless the defendant establishes the applicability of the exceptions contained in § 5E1.2(e) of the Sentencing Guidelines.

Special Assessment: The defendant understands that in accordance with Title 18, United States Code, Section 3013, upon entry of judgment of conviction, there shall be assessed a $100.00 special assessment for each felony count.

### Immigration consequences

The defendant recognizes that pleading guilty may have consequences with respect to his immigration status if the defendant is not a citizen of the United States. Under federal law, a broad range of crimes are removable offenses, including the offense(s) to which the defendant is pleading guilty. Removal and other immigration consequences are the subject of a separate proceeding, however, and the defendant understands that no one, including the defendant's attorney or the district court, can predict to a certainty the effect of the defendant's conviction on the defendant's immigration status. The defendant nevertheless

affirms that he wants to plead guilty regardless of any immigration consequences that this plea may entail, even if the consequence is the defendant's automatic removal from the United States.

Agreement Regarding Sentencing:

a. Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and the defendant stipulate and agree that the below guideline calculations are appropriate for the charge for which the defendant is pleading guilty, if the defendant is entitled to Acceptance of Responsibility:

| | |
|---|---|
| Base Offense Level (§ 2K2.1(a)(7)) | 12 |
| Number of Firearms (§ 2K2.1(b)(1)(E)) | +10 |
| Acceptance (§ 3E1.1(a)) | -3 |
| Total Adjusted Offense Level | 19 |

b. Sentencing Range: Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the United States and the defendant stipulate and agree that the following are the applicable guideline ranges for the offense, based on the defendant's criminal history category (CHC):

30 months imprisonment if the defendant is in CH category I;

33 months imprisonment if the defendant is in CH category II;

37 months imprisonment if the defendant is in CH category III;

46 months imprisonment if the defendant is in CH category IV;

57 months imprisonment if the defendant is in CH category V;

63 months imprisonment if the defendant is in CH category VI.

**The parties stipulate that the defendant's sentence shall not exceed the low end of the applicable guideline range as calculated under U.S.S.G. § 1B1.1(a). The government also takes no position on this Court granting the defendant a term of probation.** The defendant may withdraw from the plea agreement if he receives a sentence that exceeds the low end of the applicable guideline range as calculated under U.S.S.G. § 1B1.1(a).

If the defendant moves for any adjustments in Chapters Two, Three, or Four of the Sentencing Guidelines or any "departures" from the Sentencing Guidelines, the government may withdraw from this agreement. If the defendant argues for a variance under 18 U.S.C. 3553(a) in support of a sentence, the government may oppose the requested variance. The government, however, will not withdraw from the agreement if the defendant argues for, and the Court grants, a variance.

   c.   Assets and Financial Responsibility.   The defendant shall make a full accounting of all assets in which the defendant has any legal or equitable interest. The defendant shall not (and shall not aid or abet any other party to) sell, hide, waste, spend, or transfer any such assets or property before sentencing, without the prior approval of the United States (provided, however, that no prior approval will be required for routine, day-to-day expenditures). The defendant also expressly authorizes the United States Attorney's Office to immediately obtain a credit report as to the defendant in order to evaluate the defendant's ability to satisfy any financial obligation imposed by the Court. The defendant also shall make full disclosure of all current and projected assets to the U.S. Probation Office immediately and prior to the termination of the defendant's supervised release or probation, such disclosures to be shared with the U.S. Attorney's Office, including the Financial Litigation Unit, for any purpose. Finally, the defendant shall participate in the Inmate Financial Responsibility Program to fulfill all financial obligations due and owing under this agreement and the law.

   d.   Acceptance of Responsibility.   If the defendant makes full and complete disclosure to the U.S. Probation Office of the circumstances surrounding the defendant's commission of the offense, and if the defendant demonstrates an acceptance of responsibility for this offense up to and including the time of sentencing, the United States will recommend a two-level reduction in the applicable Sentencing Guidelines offense level pursuant to U.S.S.G. § 3E1.1(a). If the defendant has an offense level of 16 or more, the United States

will move the Court for an additional one-level reduction in the applicable Sentencing Guidelines offense level pursuant to U.S.S.G. § 3E1.1(b).

The defendant understands and agrees that this plea agreement contains all the terms, conditions, and stipulations regarding sentencing. If the defendant requests or if the Court authorizes any reduction of sentence not specifically agreed to in writing by the parties, the government may withdraw from the plea agreement.

If the Court departs from the terms and conditions set forth in this plea agreement, either party may withdraw.

If the Court, after reviewing this plea agreement, concludes any provision is inappropriate, it may reject the plea agreement and allow the defendant an opportunity to withdraw the defendant's guilty plea, all pursuant to Rule 11(c)(5) and Rule 11(d)(2)(A), Fed. R. Crim. P.

The defendant understands that if the defendant violates any of the conditions of the defendant's probation or supervised release, the defendant's probation or supervised release may be revoked. Upon such revocation, notwithstanding any other provision of this agreement, the defendant may be required to serve an additional term of imprisonment or the defendant's sentence may otherwise be altered.

The defendant and the government agree that this agreement does not in any manner restrict the actions of the government in any other district or bind any other United States Attorney's Office.

<u>Disclosure of Information to U.S. Probation</u>:

The defendant understands the government's obligation to provide all information in its file regarding the defendant to the United States Probation Office.

The defendant understands and agrees to cooperate fully with the United States Probation Office in providing:

a. All criminal history information, i.e., all criminal convictions as defined under the Sentencing Guidelines.

b. All financial information, i.e., present financial assets or liabilities that relate to the ability of the defendant to pay a fine or restitution.

c. All history of drug and alcohol abuse which would warrant a treatment condition as part of sentencing.

d. All history of mental illness or conditions which would warrant a treatment condition as part of sentencing.

## AGREEMENT AS TO FORFEITURE

a. Defendant, Jacob Allen Etchart, Sr., knowingly and voluntarily agrees to forfeit all right, title and interest in:

1) Mossberg model 500A 12-gauge shotgun, SN: P527721
2) Glock Inc. model 19 9mm pistol, SN: VFK707
3) Harrington & Richardson 1871 Inc. model Pardner 12-gauge shotgun, SN: NZ706044
4) Colt model Woodsman .22 caliber pistol, SN: 189109-S
5) Winchester model 290 .22 caliber rifle, SN: B1786344
6) Anderson Manufacturing model AM-15 multi-caliber rifle, SN: 15278467
7) Smith & Wesson model M&P 15 .223 caliber rifle, SN: SW86372
8) Ithaca Gun Co. model 37 Featherlight 12-gauge shotgun, SN: 371713291
9) Palmetto State Armory model KS47 multi-caliber pistol, SN: KSB001069
10) Remington Arms Company, Inc. model M887 12-gauge shotgun, SN: AAE048859A
11) Heckler & Koch Inc. model VP9 9mm pistol, SN: 224047444
12) Glock Inc. model 19 9mm pistol, SN: BEZ313US
13) Ruger model Ruger-57 .57 caliber pistol, SN: 64157479

14) Keltec, CNC Industries, Inc. model KSG 12-gauge shotgun, SN: XX4U24
15) Taurus model PT1911 .45 caliber pistol, SN: NBS50810
16) Aero Precision model M5 multi-caliber pistol, SN: US87249
17) Glock model GMBH 35 .40 caliber pistol, SN: LFN350
18) Romarm/Cugir model FPK Paratrooper 7.62x39mm rifle, SN: PT-000416-19RO
19) Glock Inc. model 22 .40 caliber pistol, SN: HRS161
20) Diamondback Arms Inc. model DB-15 multi-caliber pistol, SN: DB1524767
21) Henry Repeating Rifle Company model H001L .22 caliber rifle, SN: C050013H
22) Microtech Small Arms Research model STG-556 .223 caliber rifle, SN: 600P001748
23) Century Arms International model VZ2008 Sporter 7.62x39mm rifle, SN: VZ06PM-012860
24) Aero Precision model X15 multi-caliber pistol, SN: X092400
25) Savage model Mark II .22 caliber rifle, SN: 3531778
26) Aero Precision model X15 multi-caliber pistol, SN: AR11078
27) Federal Armament, LLC (FedArm) model FP-15 multi-caliber pistol, SN: P00248
28) PWS (Primary Weapon Systems) model PCC-9 9mm pistol, SN: PC00852
29) Palmetto State Armory model KS47 7.62x39mm rifle, SN: KS000913
30) Romarm/Cugir model Mini Draco 7.62x39mm pistol, SN: PE-5062-2018RO
31) Smith & Wesson model M&P 9C 9mm pistol, SN: DXH2248
32) Smith & Wesson model 728 .38 caliber revolver, SN: V725050
33) Sears/Ted Williams model 3T .22 caliber rifle, SN: R344138
34) Aero Precision model M4E1 multi-caliber rifle, SN: M40091711
35) Walter model P22 .22 caliber pistol, SN: WA002909

36) Walter model P22 .22 caliber pistol, SN: L284460
37) Springfield Armory, Geneseo, IL model XDS .45 caliber pistol, SN: S3343377
38) Colt model Colt Auto .25 caliber pistol, SN: OD32441
39) Savage model 1917 .32 caliber pistol, SN: 245546
40) Luger model Gesichart 9mm pistol, SN: 78560
41) Luger model Gesichart 9mm pistol, SN: 9885
42) North American Arms (model unknown) .22 caliber pistol, SN: E172257
43) DPMS Inc. (Defense Procurement MFG. Services) model A15 .223 caliber rifle, SN: P026532K
44) Colt model Python .357 caliber revolver, SN: K25270
45) Glock Inc model 35 .40 caliber pistol, SN: WUZ246
46) Outbreak Ordnance LLC. Big Pine Key, FL model Ordnance One multi-caliber rifle, SN: ORD0247
47) Aero Precision model X15 multi-caliber pistol, SN: USA33717
48) Joe Bob Outfitters model LLC ML-9 multi-caliber pistol, SN: KS9-00208
49) CZ (Ceska Zbrokovka) model CZ P-07 9mm pistol, SN: B917304
50) CZ (Ceska Zbrokovka) model CZ75 P-09 9mm pistol, SN: B932248
51) Heckler & Koch Inc. model VP9 9mm pistol, SN: 224-210732
52) Glock Inc. model 19 9mm pistol, SN: ACKZ351
53) Springfield Armory, Geneseo, IL model XD-40 .40 caliber pistol, SN: XD457426
54) Century Arms International model Draco NAK9 9mm pistol, SN: RONVMB111814445
55) Heckler and Koch model VP9 SK 9mm pistol, SN: 232-040609
56) Heckler and Koch model VP9 SK 9mm pistol, SN: 232-040598
57) CZ USA model P10C 9mm pistol, SN: C472494
58) Glock Inc model 19 9mm pistol, SN: VFK708

59) Savage model 10 .308 caliber rifle, SN: K328757
60) Smith & Wesson model 66 .357 caliber revolver, SN: AJA9976
61) Smith & Wesson model 622 .22 caliber pistol, SN: TCP9096
62) Ruger model Mark II Target .22 caliber pistol, SN: 221-14432
63) Zeus Arms (Ammo A-Z LLC) model Magnum 12 gauge shotgun, SN: A00417
64) I O Inc. (Inter Ordnance) model Sporter 7.62x39mm rifle, SN: F04337
65) Aresenal Co. Bulgaria model SAM7SF 7.62x39mm rifle, SN: BE532527
66) CZ (Ceska Zbrojovka) model CZ455 .22 caliber rifle, SN: C400363
67) Norinco (North China Industries) model Clayco Sports M4 .22 caliber rifle, SN: 8303165
68) Mauser model 1895 7.62x39mm rifle, SN: K7557
69) Winchester model 290 .22 caliber rifle, SN: 695542
70) Remington Arms Company, Inc. model 597 .22 caliber rifle, SN: D2928860
71) Century Arms International model Draco 9mm pistol, SN: RONVMB71706175
72) I O Inc. (Inter Ordnance) model Shadow 15 multi-caliber pistol, SN: SDW00196
73) Bear Creek Arsenal model BCA15 multi-caliber rifle, SN: 13190
74) Bear Creek Arsenal model BCA15 multi-caliber rifle, SN: 13831
75) Ruger model 10/22 .22 caliber rifle, SN: 129-88042
76) Radical Firearms, LLC model RF-15 multi-caliber rifle, SN: 19-00072
77) National Ordnance model 1903A3 .30-06 caliber rifle, SN: 5007985
78) F.N. (FN Herstal) model PS90 .57 caliber rifle, SN: FN124096
79) Palmetto State Armory model KS47 7.62x39mm rifle, SN: KS000911
80) Black Weapons Armory, LLC model BWA-15 multi-caliber rifle, SN: ASA10232
81) American Tactical Imports model ATI AT-47 7.62x39mm rifle, SN: FS001960

82) Century Arms International model SAR-1 7.62x39mm rifle, SN: S1766992003
83) Palmetto State Armory model PA-X9 multi-caliber pistol, SN: G00670
84) Arsenal Inc. model Saiga 7.62x39mm rifle, SN: L09105800
85) FEG model SA2000M 7.62x39mm rifle, SN: EE7708H
86) Ewbank Manufacturing model EMAKM 7.62x39mm pistol, SN: 000027
87) Anderson Manufacturing model AM-15 multi-caliber rifle, SN: 16154493
88) Marlin Firearms Co. model 60 .22 caliber rifle, SN: 08321288
89) Harrington & Richardson model Topper 58 410-gauge shotgun, SN: AN219302
90) Norinco (North China Industries) model SKS 7.62x39mm rifle, SN: 11542321
91) Ruger model 22 Charger .22 caliber pistol, SN: 491-04816
92) Gaucher Armes S.A. model Stoeger Coachgun 20-gauge shotgun, SN: 433581
93) Aero Precision model X15 multi-caliber rifle, SN: X085352
94) Czech Small Arms SA model VZ61 .765 caliber pistol, SN: 6101910
95) Czech Small Arms SA model VZ61 9mm pistol, SN: 69M00587
96) Para-Ordnance MFG. Inc. model Hi Cap .40 caliber pistol, SN: P181872
97) Smith & Wesson model M&P 15 .545 caliber rifle, SN: SM57281
98) Keltec, CNC Industries, Inc. model PLR-22 .22 caliber pistol, SN: U0113
99) R&R Enterprises model AR15 multi-caliber rifle, SN: 35214
100) Ruger model Mini 14 .223 caliber rifle, SN: 185-33206
101) Keltec, CNC Industries, Inc. model RDB .556 caliber rifle, SN: Z3Y87
102) Keltec, CNC Industries, Inc. model RDB .556 caliber rifle, SN: Z2V37
103) High Standard model HD Military .22 caliber pistol, SN:152800
104) FNH USA, LLC model FNP45 .45 caliber pistol, SN: 61DMN03373
105) Para USA, INC. model Hi CAP .45 caliber pistol, SN: P236908
106) Smith & Wesson model SW1911 .45 caliber pistol, SN: JRK1442

107) Franchi model 500 12-gauge shotgun, SN: M32797

108) Mossberg model 500 12-gauge shotgun, SN: P992766

109) Springfield Firearms Corporation model M Stevens Co 12 gauge shotgun, SN: F17195

110) DPMS Inc. (Defense Procurement MFG. Services) model A-150 7.62x39mm rifle, SN: F135435

111) DPMS Inc. (Defense Procurement MGF. Services) model LR-308 .308 caliber rifle, SN: 31010

112) IAC model 87-1 12-gauge shotgun, SN: 0800640

113) Ithaca Gun Co. model 37 Featherlight 12-gauge shotgun, SN: 371312745

114) Hesse LTD model 47 7.62x39mm rifle, SN: K005744

115) Norinco (North China Industries) model NHM90 7.62x39mm rifle, SN: 029371

116) Armsan Silah Sanayi model Tristar 20 gauge shotgun, SN: A05974

117) Century Arms International model Tantal Sporter .545 caliber rifle, SN: Y002990

118) Sig Sauer (Sig-Arms) model Sig 556 .556 caliber rifle, SN: JS017874

119) Rossi model 625A .22 caliber rifle, SN: G257817

120) Norinco (North China Industries) model Mak90 7.62x39mm rifle, SN: 94109089

121) Sig Sauer (Sig-Arms) model P556 .556 caliber pistol, SN: TQ000157

122) A&LS model RGS 7.62x39mm rifle, SN: 1972EA1456

123) Spike's Tactical LLC model SL15 multi-caliber rifle, SN: 00669

124) Ithaca Gun Co. model 37 12-gauge shotgun, SN: 371502534

125) Winchester model 1894 .30-30 caliber rifle, SN: AC1313

126) Colt model Competition .223 caliber rifle, SN: CCH037235

127) New England Firearms model Pardner 12-gauge shotgun, SN: NX511189

128) Century Arms International model AMD65 7.62x39mm rifle, SN: AMD6501232

129) Century Arms International ARMS International model Tantal Sporter .545 caliber rifle, SN: TTL-C01744

130) Century Arms International model M70AB2 7.62x39mm rifle, SN: M70AB28579

131) Sig Sauer (Sig-Arms) model 1911 .45 caliber pistol, SN: 54B001611,

132) Polymer80, Inc. (P80 Tactical P80) model 22 .40 caliber pistol CAL:40 (SN unknown)

133) Century Arms model VSKA 7.62x39mm caliber rifle SN: SV7040016

    b.    Defendant knowingly and voluntarily agrees to waive the administrative claim filed on March 19, 2021, and agrees that the Bureau of Alcohol, Tobacco, Firearms, and Explosives will dispose of the above listed firearms.

    c.    Defendant knowingly and voluntarily agrees not to pursue any filed claims, and to waive all interest in the assets listed above, in any administrative, civil or criminal judicial proceeding, whether state or federal, which may be initiated.

    d.    Defendant knowingly and voluntarily agrees to consent to the entry of orders of forfeiture for the forfeitable assets and waives the requirements of Federal Rules of Criminal Procedure, Rule 32.2 regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment.

    e.    The defendant acknowledges that he understands that the forfeiture of assets is part of the sentence that may be imposed in this case and waives any failure by the Court to advise him of this, pursuant to Federal Rule of Criminal Procedure 11(b)(1)(J), at the time his guilty plea is accepted.

    f.    Defendant knowingly and voluntarily agrees to waive all constitutional, legal, and equitable defenses to all constitutional and statutory challenges in any manner (including

direct appeal, habeas corpus, any jeopardy defense or claim of double jeopardy, or any other means), and knowingly and voluntarily agrees to waive any claim or defense under the Eighth Amendment to the United States Constitution, including any claim of excessive fine or punishment, to any forfeiture carried out in accordance with this plea agreement on any grounds.

  g. Defendant warrants that he is the owner or has an interest in the property listed above, and knowingly and voluntarily agrees to hold the United States, its agents and employees harmless from any claims whatsoever in connection with the seizure or forfeiture of the above-listed assets covered by this agreement.

  h. Defendant knowingly and voluntarily agrees and understands the forfeiture of the assets listed above shall not be treated as satisfaction of any assessment, fine, restitution, cost of imprisonment, or any other penalty this Court may impose upon the defendant in addition to the forfeiture.

Reinstitution of Prosecution

If the defendant's guilty plea is rejected, withdrawn, vacated, or reversed by any court in a later proceeding, the government will be free to prosecute the defendant for all charges as to which it has knowledge, and any charges that have been dismissed because of this plea agreement will be automatically reinstated. In such event, the defendant waives any objections, motions, or defenses based upon the Speedy Trial Act or the Sixth Amendment to the Constitution as to the delay occasioned by the later proceedings.

Waiver of Defenses and Appeal Rights

Provided the defendant receives a sentence in accordance with this plea agreement, the defendant waives (l) any and all motions, defenses, probable cause determinations, and objections that the defendant could assert to the indictment or information; and (2) any right to file an appeal, any collateral attack, and any other writ or motion that challenges the conviction, an order of restitution or forfeiture, the entry of judgment against the defendant, or any aspect of the defendant's sentencing-including the manner in which the sentence is

determined, the determination whether defendant qualifies for "safety valve" (U.S.S.G. § 5C1.2 and 18 U.S.C. § 3553(f)), and any sentencing guideline determinations, including the district court's determination of the criminal history category. The sentence is in accordance with this agreement if the sentence imposed does not exceed the low end of the sentencing guidelines range as calculated under U.S.S.G. § 1B1.1(a), in this case, 30 months. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant under Title 18, United States Code, Section 3742 (sentence appeals); (3) any right to appeal the district court's refusal to grant a requested variance; (4) any right to collaterally attack defendant's conviction and sentence under Title 28, United States Code, Section 2255, or any other collateral attack; and (5) any right to file a motion for modification of sentence, including under Title 18, United States Code, Section 3582(c) (except for the right to file a compassionate release motion under 18 U.S.C. § 3582(c)(1)(A) and to appeal the denial of such a motion). The defendant acknowledges that this waiver shall result in the dismissal of any appeal or collateral attack the defendant might file challenging his/her conviction or sentence in this case. If the defendant files a notice of appeal or a habeas petition, notwithstanding this agreement, defendant agrees that this case shall, upon motion of the government, be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the government to withdraw from the plea agreement. This waiver shall not be construed to bar an otherwise-preserved claim of ineffective assistance of counsel or of "prosecutorial misconduct" (as that term is defined by Section II.B of Ariz. Ethics Op. 15-01 (2015)).

Plea Addendum

This written plea agreement, and any written addenda filed as attachments to this plea agreement, contain all the terms and conditions of the plea. Any additional agreements, if any such agreements exist, shall be recorded in separate documents and may be filed with

the Court under seal. Accordingly, additional agreements, if any, may not be in the public record.

## WAIVER OF DEFENDANT'S RIGHTS AND FACTUAL BASIS

### Waiver of Rights

I have read each of the provisions of the entire plea agreement with the assistance of counsel and understand its provisions. I have discussed the case and my constitutional and other rights with my attorney. I understand that by entering my plea of guilty I will be giving up my rights to plead not guilty, to trial by jury, to confront, cross-examine, and compel the attendance of witnesses, to present evidence in my defense, to remain silent and refuse to be a witness against myself by asserting my privilege against self-incrimination -- all with the assistance of counsel -- and to be presumed innocent until proven guilty beyond a reasonable doubt.

I agree to enter my guilty plea as indicated above on the terms and conditions set forth in this agreement.

I have been advised by my attorney of the nature of the charges to which I am entering my guilty plea. I have further been advised by my attorney of the nature and range of the possible sentence.

My guilty plea is not the result of force, threats, assurances or promises other than the promises contained in this agreement. I agree to the provisions of this agreement as a voluntary act on my part, rather than at the direction of or because of the recommendation of any other person, and I agree to be bound according to its provisions.

I fully understand that, if I am granted probation or placed on supervised release by the court, the terms and conditions of such probation/supervised release are subject to modification at any time. I further understand that, if I violate any of the conditions of my probation/supervised release, my probation/supervised release may be revoked and upon such revocation, notwithstanding any other provision of this agreement, I may be required

to serve an additional term of imprisonment, or my sentence may otherwise be altered. I agree that any Guidelines Range referred to herein or discussed with my attorney is not binding on the court and is merely an estimate.

I agree that this written plea agreement contains all the terms and conditions of my plea and that promises made by anyone (including my attorney), and specifically any predictions as to the guideline range applicable, that are not contained within this written plea agreement are without force and effect and are null and void.

I am satisfied that my defense attorney has represented me in a competent manner.

I am fully capable of understanding the terms and conditions of this plea agreement. I am not now on or under the influence of any drug, medication, liquor, or other intoxicant or depressant, which would impair my ability to fully understand the terms and conditions of this plea agreement.

## Factual Basis

I agree that the following facts accurately describe my conduct in connection with the offense to which I am pleading guilty; and, that if this matter were to proceed to trial, the government could prove the elements of the offense beyond a reasonable doubt based on the following facts:

> Between on or about March 12, 2020, through on or about January 6, 2021, I **Jacob Allen Etchart, Sr.**, was willfully engaged in the business of dealing in firearms, that is the buying and selling of firearms, including each and every one of the 133 firearms listed in the indictment. I did not have a license to deal in firearms during this time-period.

_10/31/23_
Date

Jacob Allen Etchart, Sr.
Defendant

## DEFENSE ATTORNEY'S APPROVAL

I have discussed this case and the plea agreement with my client, in detail and have advised the defendant of all matters within the scope of Fed. R. Crim. P. 11, the constitutional

16

and other rights of an accused, the factual basis for and the nature of the offense to which the guilty plea will be entered, possible defenses, and the consequences of the guilty plea including the maximum statutory sentence possible and Defendant's waiver of her right to appeal. I have further discussed the sentencing guideline concept with the defendant. No assurances, promises, or representations have been given to me or to the defendant by the United States or by any of its representatives which are not contained in this written agreement.

I concur in the entry of the plea as indicated above and on the terms and conditions set forth in this agreement as in the best interests of my client. I agree to make a bona fide effort to ensure that the guilty plea is entered in accordance with all the requirements of Fed. R. Crim. P. 11.

10/31/23
Date

Robert Clay Hernandez, Esq.
Attorney for the defendant

## GOVERNMENT'S APPROVAL

I have reviewed this matter and the plea agreement. I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

GARY M. RESTAINO
United States Attorney
District of Arizona

Digitally signed by SERRA TSETHLIKAI
Date: 2023.10.27 13:47:45 -07'00'

SERRA M. TSETHLIKAI
Assistant U.S. Attorney